July 13, 1973.

M. P. No. 73-163. ALFREDO PELLICCIA *v*. JAMES W. MULLEN, *Warden.* Respondent directed to file his answer to petition for writ of habeas corpus and therein to show cause, if any he has, why the writ should not issue as prayed and why petitioner should not be admitted to bail, answer to comply with Rule 14. Joslin, J., not participating. *Alfredo Pelliccia,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 73-170. JOSEPH E. GONSALVES *v*. JAMES MULLEN, *Warden.* Petition for writ of supervisory control denied. Joslin, J., not participating. *William F. Reilly,* Public Defender, *Paul E. Kelley,* Asst. Public Defender, for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *Edward E. Dillon, Jr.,* Special Asst. Attorney General, for respondent.

M. P. No. 73-183. JEFFREY E. RAMSEY *v*. RHODE ISLAND BOARD OF BAR EXAMINERS. Petition for review of the July 1972 and February 1973 bar examination procedures for admission to the bar assigned to October 1973 calendar for oral argument. Joslin, J., not participating. *Alton W. Wiley, Richard I. Abrams, Walter R. Stone,* for petitioner. *Edwin H. Hastings,* Chairman, R. I. Board of Bar Examiners, for respondent.